UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERTA GARCIA | ) | |
| PLAINTIFF | ) | CASE NO: |
| | ) | |
| v. | ) | JUDGE |
| | ) | |
| PARK ROYAL HOMESTAY | ) | COMPLAINT |
| | ) | |
| AND | ) | |
| | ) | |
| INMOBILIARIA Y DESARROLLADORA | ) | |
| PUERTO RICO VS, INC. | ) | PLAINTIFF DEMANDS A |
| | ) | TRIAL BY JURY |
| DEFENDANTS | ) | |

Plaintiff, Alberta Garcia, by her attorney, Martin Minnella, respectfully alleges the following:

## NATURE OF THE CASE

1. This is a civil action for personal injuries suffered by the Plaintiff, Alberta Garcia, against Defendants Park Royal Homestay and Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc. This action arises out of an accident on September 11, 2021, where the Plaintiff was an invitee at the Defendant's business owned and operated by Park Royal Homestay upon the premises owned by Defendant, Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc. and due to negligence of the Defendants, and/or their agents, the Plaintiff tripped and fell in the parking lot area. The Defendants' negligence was a contributing factor in causing the Plaintiff's injuries

## PARTIES

1. The Plaintiff, Alberta Garcia, is an individual and citizen of the State of Connecticut.

2. The Defendant, Park Royal Homestay is a Puerto Rican corporation whose principal place of business is 50 Club Cala Drive, Humacao, Puerto Rico.

3. The Defendant, Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc., is a Puerto Rican corporation whose principal place of business is located at 170 Candelario Drive, Humacao, PR.

## JURISDICTION

1. The Court has original jurisdiction under 28 U.S.C. 1332, in that the amount in controversy exceeds Seventy- Five Thousand ($75,000.00) Dollars and the parties are completely diverse in citizenship. The Plaintiff is a citizen of a different state from which the Defendants are organized or reside.

## FACTUAL ALLEGATIONS

1. On or about September 11, 2021, the Plaintiff, Alberta Garcia, was on vacation in Puerto Rico and was an invitee of Park Royal Homestay owned and operated by Inmobiliaria Desarrolladora Puerto Rico VS, Inc.

2. The Plaintiff, Alberta Garcia, accompanied by her daughter, Belizza Carrillo and minor child grandson were attempting to walk from their guestroom to the on-premises dining area.

3. On the way from the guest room area to the dining area, there was a stairway with no associated handicap or stroller ramp.

4. Because the minor child could not walk yet, and required a baby stroller, the Plaintiff and said family members were caused to walk through an adjacent parking lot as they could not get the stroller up the stairs.

5. The adjacent parking lot was not properly lit nor maintained and was littered with potholes and uneven pavement.

6. While traversing on said parking lot, and because there was no lighting and ill-maintained pavement, the plaintiff tripped and fell forward, hitting her head, knees, hands, and side of her back on the pavement.

7. Earlier in 2021, the plaintiff had neck surgery to correct a pinched nerve which was severely aggravated and damaged due to her trip and fall on the Defendants' premises, requiring additional surgery that would have not been necessary but for the traumatic fall on Defendants' premises.

8. The Plaintiff was further prevented from performing her normal daily activities and obtaining full enjoyment of life, has sustained loss of income and has and will have incurred expenses for medical treatment.

## COUNT ONE: NEGLIGENCE AGAINST PARK ROYAL HOMESTAY and INMOBILIARIA Y DESARROLLADORA PUERTO RICO VS, INC.

The Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this Count and further alleges:

1. On or about September 11, 2021, the Defendants, Park Royal Homestay and Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc., and its agents, failed to install or maintain a proper access ramp for disabled people and minor children who cannot walk upstairs.

2. On or about September 11, 2021, the Defendants, Park Royal Homestay and Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc., and/or its agents, failed to properly light and maintain the parking lot for disabled and minor children to traverse as there was no ramp to access the dining area.

3. On or about September 11, 2021, Park Royal Homestay and Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc., and/or its agents, negligently maintained said premises and as a result of that negligence, caused the plaintiff to fall and sustain injuries.

4. As a result of the Defendants, Park Royal Homestay and Inmobiliaria Y Desarrolladora Puerto Rico VS, Inc. wrongful conduct, the Plaintiff has suffered the injuries alleged herein.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a jury trial as to all issues so triable as a matter of right, pursuant to F.R.C.P. (b)(1) and 38 (c).

## PRAYER FOR RELIEF

*WHEREFORE*, Plaintiff demand upon the Defendants:

a. Actual, compensatory and statutory damages;

b. An award of taxable costs;

c. Post judgment interest as allowed by law; and,

d. Any and all such further relief as the Court deems just and proper.

*RESPECTFULLY SUBMITTED*, this 9th day of September 2022.

Plaintiff,

By_____
Attorney Martin Minnella
Federal Bar No. ct01931
Minnella, Tramuta & Edwards, LLC
40 Middlebury Road
Middlebury, Connecticut
Telephone: (203) 573-1411
Fax: (203) 757-9313
E-mail: pcrean@mtelawfirm.com